UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHEL LIU, *and On Behalf of All
Others Similarly Situated,*

                    Plaintiff,                  **23 Civ. No. 00525 (MKV)**

             -against-                    **PRE-SETTLEMENT
CONFERENCE ORDER**

ICONOCLAST FITNESS, INC. and
NGO OKAFOR,

                    Defendants.
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call for **Monday, June 3, 2024 at 11:30 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 139 805 284#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference prior to July 9, 2024.

        **SO ORDERED.**

DATED:    New York, New York
               May 13, 2024

                                                                   _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge