SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X   Index No.
RACHAEL LIU, *Individually and On Behalf of All Others Similarly Situated*,

                        Plaintiff,   **AFFIDAVIT OF CONFESSION OF JUDGMENT**

    -against-

ICONOCLAST FITNESS, INC. and NGO OKAFOR,

                        Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

NGO OKAFOR, being duly sworn, deposes and states the following:

      1.     I am the owner of ICONOCLAST FITNESS, INC., a named defendant in the above-captioned action, and I am duly authorized to execute this Affidavit on behalf of Defendant ICONOCLAST FITNESS, INC.

      2.     Defendant ICONOCLAST FITNESS, INC. primarily operates out of its storefront, located at 210 5th Ave, 5th Floor, New York, New York 10010, and ICONOCLAST FITNESS, INC. is for these purposes a resident of New York County pursuant to CPLR § 3218(b).

      3.     I, individually and on behalf of ICONOCLAST FITNESS, INC., authorize entry of this confessed judgment in the County of New York jointly as against ICONOCLAST FITNESS, INC. and myself.

      4.     This is a judgment to be confessed for money due. The facts out of which the debt arose are set forth below, and that the sum confessed is justly due.

      5.     On October _____, 2024, I entered into a Confidential Settlement Agreement to resolve all disputes in a civil action brought by Rachel Liu against Iconoclast Fitness, Inc. and myself, under the jurisdiction of the United States District Court for the Southern District of New York, identified by Civil Action No.: 1:24-cv-00525.

      6.     Pursuant to the aforementioned Confidential Settlement Agreement, I, individually and on behalf of ICONOCLAST FITNESS, INC., agreed to pay to Rachel Liu a fixed sum, payable

over the course of twenty nine (29) payments, with the first payment to be issued upon the execution of the aforementioned Confidential Settlement Agreement and the remaining payments to be paid on the first of each month, beginning on December 1, 2024, in resolution of all claims brought in the action above. This judgment is to secure the Plaintiff against a contingent liability of default, as permitted by CPLR § 3218(a)(3).

       7.    I, individually and on behalf of ICONOCLAST FITNESS, INC., agree that ICONOCLAST FITNESS, INC.'s and my total liability in this matter otherwise exceeds $50,000, and the moneys set forth below are justly due.

       8.    I agree and hereby authorize the entry of judgment by Rachel Liu against me and ICONOCLAST FITNESS, INC. in the amount of FIFTY THOUSAND DOLLARS ($50,000.00), less any payments already made, plus interest as set forth by law.

I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

By: NGO OKAFOR, individually and on behalf of ICONOCLAST FITNESS, INC.

Date: 12/18/2024

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

On December 18, 2024, before me personally came NGO OKAFOR, known to me to be the individual described in and/or otherwise having been provided legally sufficient proof of identification, and who executed the foregoing Affidavit for Confession of Judgment, and duly acknowledged to me that they executed the same.

NOTARY PUBLIC

JOEL ABBOTT WERTHEIMER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WE6400131
Qualified in Kings County
My Commission Expires 11/24/27