UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHAEL LIU, *Individually and On Behalf of All Others Similarly Situated,*<br><br>                       Plaintiff,<br>-against-<br><br>ICONOCLAST FITNESS, INC. and NGO OKAFOR,<br><br>                       Defendants | No.: 1:23-cv-00525 (MKV)<br><br>**JUDGMENT IN CIVIL ACTION** |

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff RACHAEL LIU shall recover of Defendants ICONOCLAST FITNESS, INC. and NGO OKAFOR jointly and severally, the sum of Fifty Thousand dollars ($50,000.00). Post-judgment interest shall accrue on this amount pursuant to 28 U.S.C. § 1961. This amount is inclusive of any claim for prejudgment interest, attorneys' fees, and costs.

                                                        **UNITED STATES DISTRICT COURT**

**Dated:** _____

                                **So Ordered:** _____
                                                                       *MARY KAY VYSKOCIL*
                                                       *UNITED STATES DISTRICT JUDGE*
                                                     *for the Southern District of New York*